07/12/2011 12:50 IFAX sffax@jacksonlewis.com                    → Reception       @001/002
Jul 12 11 01:11p      alex                                       408-972-9522      p.1



JOANNA L. BROOKS (State Bar #182986)
DOUGLAS M. BRIA (State Bar #226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone    415.394.9400
Facsimile:   415.394.9401
Email:

ALEX CHAVEZ
Plaintiff *Pro Se*
5693 Judith Street
San Jose, CA 95123

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEX CHAVEZ,

      Plaintiff,

      v.

PEROT SYSTEMS CORPORATION, and
DOES 1 through 25, inclusive,

      Defendants.

Case No.: CV 09 1444 SC

**STIPULATION FOR DISMISSAL WITH PREJUDICE** AND [PROPOSED] ORDER
[F.R.C.P. 41(a)(1)(A)(ii)]

The parties hereto, having entered into a confidential settlement of the matter captioned above, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice,

1

1    each party to bear its own attorney's fees and costs.

2

3                                                JACKSON LEWIS LLP

4

5    Dated: 7/19/11

6                                                JoAnna L. Brooks
                                                 Douglas M. Bria
7                                                Attorneys for Defendant
                                                 PEROT SYSTEMS CORPORATION
8

9

10   Dated: 7-12-2011

11                                               ALEX CHAVEZ
                                                 Plaintiff Pro Se
12

13   IT IS SO ORDERED:

14

15

16   Dated:    July 21,      , 2011

17

18

19

20

21

22

23

24

25

26

27

28

                                      2

STIPULATION FOR DISMISSAL WITH PREJUDICE                    Case No.: CV 09 1444 SC